No. 95–1381.   VILLAGE OF AIRMONT, NEW YORK *v.* LEBLANC-STERNBERG ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 95–1534.   CONSTELLATION DEVELOPMENT CORP. *v.* DOWDEN, SUCCESSOR TRUSTEE, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 95–1558.   DIAZ ET AL. *v.* CITY OF NEW YORK ET AL.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 95–1579.   PRICE ET AL. *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 95–1596.   GICC CAPITAL CORP. *v.* TECHNOLOGY FINANCE GROUP, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 95–1601.   CARROLL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 6th Cir.   Certiorari denied.

No. 95–1613.   PERKINS *v.* BROWN, SECRETARY OF VETERANS AFFAIRS.   C. A. 1st Cir.   Certiorari denied.

No. 95–1619.   SHANGREAU *v.* BABBITT, SECRETARY OF THE INTERIOR.   C. A. 8th Cir.   Certiorari denied.

No. 95–1634.   PACIFIC GAS & ELECTRIC CO. *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 95–1653.   ST. HILAIRE, INDIVIDUALLY, AND AS EXECUTRIX FOR THE ESTATE OF ST. HILAIRE, DECEASED *v.* CITY OF LACONIA ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 95–1672.   BLACK TELEVISION WORKSHOP OF LOS ANGELES, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and
No. 95–1881.   WARE ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.